# Exhibit A

EEOC Form 5 (11/09)

Quintana 813-202-7940

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 511-2018-00704 |

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Marijean E. Van Syckle | 352-345-1253 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 14499 Arborglades Drive, Spring, FL 34609 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HERNANDO COUNTY SHERIFF'S OFFICE | 201 - 500 | 352-754-6830 |

| Street Address | City, State and ZIP Code |
|---|---|
| 18900 Cortez Boulevard, Brooksville, FL 34601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-01-2017   Latest: 01-31-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a female hired by Respondent as a Cadet on January 2007. On or about June 2007, I became a deputy. During my tenure working for Respondent I have applied for several promotions however, despite my seniority and tests scores, the promotion have been granted to males with less qualifications. The first promotion was on or about October 2017, where I was the number one on the list as a result of the scores but the second person which was a male was promoted. The second promotion was on or about January 2018, where I was the first one on the list and again the male on the second spot was granted the promotion.

The disparate treatment due to the gender is wide-spread throught the agency where there is only one female supervisor who was promoted by the former Sheriff. Currently, females have been denied not only promotions, but transfers, assignments and even are placed on a speific rotation because they dont want too many females on the same shift.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Feb 01, 2018 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date   Charging Party Signature | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>511-2018-00704 |
|---|---|---|

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

I believe that I as a female like others as a class have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Feb 01, 2018<br>Date    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |