UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARIJEAN VAN SYCKLE,**

      **Plaintiff,**

v.                                         Case No: 8:20-cv-2561-MSS-CPT

**ALVIN NIENHUIS,**
**Sheriff of Hernando Country,**
**Florida,**

      **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 12, 2023, Defendant filed a Notice of Resolution, informing the Court that the above-captioned case was settled. (Dkt. 75) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the settling Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending

motions are **DENIED** as moot. The **CLERK** is directed to terminate any pending motions and **CLOSE THIS CASE**.

    **DONE** and **ORDERED** in Tampa, Florida, this 15th day of May 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party